# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00312-CV

**Catherine Sue Pyka and Theresa Catherine Pyka, Appellant**

**v.**

**Darlene Marie Georgen, Appellee**

## FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT NO. C2014-0290B, HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants stated in their notice of appeal that the order appealed from is the trial court's denial of a motion to reconsider. On June 7, 2016, this Court notified appellants that the trial court's ruling is not a final or otherwise appealable order. This Court's jurisdiction is limited to the review of final judgments and certain interlocutory orders signed by the trial court. *See* Tex. Civ. Prac. & Rem. Code Ann. §§ 51.012, .014; *see also Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). This Court cautioned appellants that a failure to inform us by June 17 of the basis on which we might have jurisdiction over the case could result in dismissal of the case for want of jurisdiction. To date no response has been received from appellants. Accordingly, the appeal is dismissed for want of jurisdiction.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Jurisdiction

Filed:   July 15, 2016